No. 04–1392. CLARK v. McLEOD. Ct. App. Colo. Motion of Pacific Justice Institute for leave to file a brief as *amicus curiae* granted. Certiorari denied.

No. 04–491. DICKERSON v. BATES ET AL., 544 U. S. 960;

No. 04–1085. DRINKWATER v. PARKER, McCAY & CRISCUOLO, 544 U. S. 976;

No. 04–8290. BOSCH v. KANSAS, 544 U. S. 930;

No. 04–8317. CONKLIN v. SCHOFIELD, WARDEN, 544 U. S. 952;

No. 04–8397. VORA v. CROWDER, 544 U. S. 953;

No. 04–8443. POTTS v. OREGON, 544 U. S. 932;

No. 04–8549. ROLLINS v. SMITH ET AL., 544 U. S. 954;

No. 04–8655. JAFFER v. NATIONAL CAUCUS & CENTER ON BLACK AGED, INC., ET AL., 544 U. S. 983;

No. 04–8790. O'NEILL v. RICHLAND COUNTY BOARD ET AL., 544 U. S. 966;

No. 04–8917. OUTLER v. ANDERSON, WARDEN, 544 U. S. 956;

No. 04–9033. ULLMAN v. UNITED STATES, 544 U. S. 988;

No. 04–9044. WYNTER v. NEW YORK, 544 U. S. 988; and

No. 04–9146. PITTMAN v. UNITED STATES, 544 U. S. 995. Petitions for rehearing denied.

## JUNE 10, 2005

No. 04A1024. WISCONSIN v. MOECK. Application to stay the mandate of the Supreme Court of Wisconsin, case No. 2003AP2–CR, presented to JUSTICE STEVENS, and by him referred to the Court, granted pending the timely filing and disposition of a petition for writ of certiorari. Should the petition for writ of certiorari be denied, this stay shall terminate automatically. In the event the petition for writ of certiorari is granted, the stay shall terminate upon the issuance of the mandate of this Court.

## JUNE 13, 2005

No. 04–585. KLINGLER ET AL., ON BEHALF OF THEMSELVES AND ALL OTHERS SIMILARLY SITUATED v. DIRECTOR, DEPARTMENT OF REVENUE, STATE OF MISSOURI, ET AL. C. A. 8th Cir. Certiorari granted, judgment vacated, and case remanded for fur-